IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff*,<br><br>      *v.*<br><br>ERIC ALLEN,<br><br>               *Defendant.* | Criminal Action<br><br>No. 22-cr-456 |

## ORDER

**AND NOW**, this 15th, day of December 2023, upon consideration of Defendant Eric Allen's motion to dismiss indictment, and the response in opposition thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion (ECF No. 25) is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.